IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE WASHINGTON UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-2091 (GMS) |
| | ) | |
| WISCONSIN ALUMNI RESEARCH | ) | |
| FOUNDATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Wisconsin Alumni Research

Foundation ("WARF") moves for the Court to grant summary judgment and dismiss all of

Plaintiff The Washington University's ("WashU's") Counts against WARF.  The grounds for

this motion are set forth in the opening brief and supporting papers filed contemporaneously

herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Stephen J. Kraftschik*
Mary B. Graham (#2256)
Derek J. Fahnestock (#4705)
Stephen J. Kraftschik (#5623)
Thomas Curry (#5877)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
dfahnestock@mnat.com
skraftschik@mnat.com
tcurry@mnat.com
 *Attorneys for Wisconsin Alumni*
 *Research Foundation*

OF COUNSEL:

Robert F. Shaffer
J. Michael Jakes
Krista E. Bianco
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

David Cross
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Suite 2350
Milwaukee, WI 53202
(414) 277-5000

July 15, 2015
8846807