IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE WASHINGTON UNIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WISCONSIN ALUMNI RESEARCH )<br>FOUNDATION, )<br>)<br>Defendant. ) | C.A. No. 13-2091-GMS |

**PLAINTIFF THE WASHINGTON UNIVERSITY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Washington University moves pursuant to Federal Rule of Civil Procedure 56(a) for partial summary judgment on threshold questions of law concerning the interpretation of a contract between the parties, whether the implied covenant of good faith and fair dealing applies, and the effect of the "periodic payment" doctrine to one of the applicable statutes of limitations. Plaintiff's opening brief in support of its motion is being filed contemporaneously herewith.

A proposed form of order is attached.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | /s/ *John G. Day* |
|  | _____ |
| *Of Counsel:* | John G. Day (#2403) |
|  | Andrew C. Mayo (#5207) |
| Michael A. Jacobs | 500 Delaware Avenue, 8th Floor |
| Christopher L. Robinson | P.O. Box 1150 |
| Elizabeth Patterson | Wilmington, DE 19899 |
| Morrison & Foerster LLP | (302) 654-1888 |
| 425 Market Street | jday@ashby-geddes.com |
| San Francisco, CA 94105-2482 | amayo@ashby-geddes.com |
| (415) 268-7000 |  |
|  | *Attorneys for Plaintiff* |
| Dated: July 15, 2015 | *The Washington University* |

{01025942;v1 }