**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**MARY B. GRAHAM**
(302) 351-9199
mgraham@mnat.com

September 22, 2015

**BY E-FILING**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4324, Unit 19
Wilmington, DE 19801-3569

      Re:   *The Washington Univ. v. Wisconsin Alumni Research Found.*
              C.A. No. 13-2091 (GMS) (D. Del.)

Dear Judge Sleet:

      Pursuant to Local Rule 7.1.4, Wisconsin Alumni Research Foundation (WARF) hereby requests oral argument on WARF's Motion for Summary Judgment (D.I. 96).

                                  Respectfully,

                                  */s/ Mary B. Graham*

                                Mary B. Graham (#2256)

MBG/sfd
cc:    All Counsel of Record
9483308