# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 23, 2015

The Honorable Gregory M. Sleet  
United States District Court  
844 North King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING  
and HAND DELIVERY

Re:   *The Washington University v. Wisconsin Alumni Research Foundation*,  
C.A. No. 13-2091-GMS-SRF

Dear Judge Sleet:

I write on behalf of plaintiff The Washington University in response to Wisconsin Alumni Research Foundation's request for oral argument on its motion for summary judgment in the above action (D.I. 123). Washington University does not believe oral argument on the pending summary judgment motions is necessary, but respectfully requests that if the Court is inclined to grant WARF's request for oral argument, Your Honor hear both parties' motions (D.I. 96, 99).

Respectfully,

/s/ *John G. day*

John G. Day (#2403)

JGD/nml

cc:   All Counsel of Record (via electronic mail)

{01046777;v1 }