IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WASHINGTON UNIVERSITY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 13-2091-GMS |
| WISCONSIN ALUMNI RESEARCH FOUNDATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

At Wilmington this 6th day of February, 2018,

ORDERED that the above-captioned case be reassigned to the Honorable Joseph F. Bataillon, Senior United States District Judge, United States District Court for the District of Nebraska.

_____
LEONARD P. STARK, CHIEF JUDGE