# I AM IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE WASHINGTON UNIVERSITY,    ) | |
| )  Plaintiff,                 ) | |
| v.                            ) | Civ. No. 13-2091-JFB |
| )                             ) | |
| WISCONSIN ALUMNI RESEARCH     ) | |
| FOUNDATION,                   ) | |
| )                             ) | |
| Defendant.                    ) | |

## ORDER

At Wilmington this 26th day of November, 2018, consistent with the opinion issued this same date:

IT IS ORDERED that:

1) The clerk of court is to enter judgment in favor of The Washington University and against Wisconsin Alumni Research Foundation for breach of contract: damages shall be assessed in the amount of $31,617,498;

2) Wisconsin Alumni Research Foundation's motion to strike, (D.I. 168), is denied.

                                                                        s/ Joseph F. Bataillon  
                                                                Senior United States District Judge